EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Edwin L. Bello Rivera | 2018 TSPR 49 <br><br> 200 DPR ____ |

Número del Caso: TS-8,977

Fecha:   3 de abril de 2018

Abogado de la peticionaria:

Por derecho propio

Programa de Educación Jurídica Continua:

Lcdo. José Ignacio Campos Pérez

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Edwin L. Bello Rivera | TS-8977 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de abril de 2018.

Examinada la *Moción Informando Cumplimiento con lo Ordenado por este Honorable Tribunal, la ODIN y el Programa de Educación Jurídica Continua y Solicitud de Readmisión al Ejercicio de la Abogacía*, así como la *Moción Informativa en Cumplimiento de Resolución* de 8 de marzo de 2018 presentada en el caso de epígrafe, se reinstala al Sr. Edwin L. Bello Rivera al ejercicio de la abogacía.

Se le apercibe al señor Bello Rivera, que en un futuro deberá cumplir rigurosamente con los requisitos del Programa de Educación Jurídica Continua.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres emite la siguiente expresión:

"El Juez Asociado señor Martínez Torres entiende que el señor Bello Rivera debía completar los requisitos del Programa de Educación Jurídica Continua (PEJC) para el periodo 2015-2018 previo a ser reinstalado, según recomendó el Director del PEJC".

La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Estrella Martínez no intervinieron.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo